| | |
|---|---|
| 1 | EDELSON MCGUIRE, LLP |
| 2 | SEAN REIS (State Bar No. 84044)<br>sreis@edelson.com |
| 3 | 30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688 |
| 4 | Tel: (949) 459-2124<br>Fax: (949) 459-2123 |
| 5 | Attorneys for Plaintiff Max Smith |
| 6 | DAVIS WRIGHT TREMAINE LLP |
| 7 | JAMES D. NGUYEN (State Bar No. 179370)<br>jimmynguyen@dwt.com |
| 8 | 865 S. Figeuroa St. 24th Floor<br>Los Angeles, California 90017 |
| 9 | Tel: (213) 633-6800<br>Fax: (2130 633-6899 |
| 10 | FRED B. BURNSIDE (State Bar No. 211089) |
| 11 | fredburnside@dwt.com<br>1201 Third Avenue, Suite 2200 |
| 12 | Seattle, Washington 98101<br>Tel: (206) 622-3150 |
| 13 | Fax: (206) 757-7700 |
| 14 | Attorneys for Defendant<br>Microsoft Corporation |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV12-1446 DSF (FMOx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO ANY PUTATIVE CLASS CLAIMS**<br><br>[F.R.C.P. 41(a)(1)(ii)]<br><br>The Honorable Dale S. Fischer |

1  WHEREAS, Plaintiff Max Smith ("Plaintiff") filed this lawsuit against
2  Defendant Microsoft Corporation ("Microsoft") on January 9, 2012 in the Superior
3  Court of the State of California, County of Los Angeles.
4  WHEREAS, Microsoft timely removed the case to the United States District
5  Court for the Central District of California on February 21, 2012. (Dkt. No. 1.)
6  WHEREAS, on March 29, 2012, Microsoft filed its Motion to Dismiss under
7  Rule 12(b)(3) ("Motion") based on its King County, Washington forum selection
8  clause.
9  WHEREAS, although Plaintiff intended to challenge the validity of
10 Microsoft's forum selection clause in its opposition to Microsoft's Motion, Judge
11 Feess recently held in a different case—*Talyancich v. Microsoft Corporation*, Case
12 No. 12-483 (C.D. Cal. March 28, 2012)—that the forum selection at issue is valid
13 and enforceable. (*See* Dkt. No. 12, Appx. A.)
14 WHEREAS, in light of Judge Feess' ruling in *Talyancich*, and in an effort to
15 conserve judicial resources and promote efficiency, the Parties stipulate to the
16 dismissal of this lawsuit without prejudice.
17 **IT IS HEREBY STIPULATED** by and between plaintiff Max Smith
18 ("Plaintiff") and defendant Microsoft Corporation ("Microsoft"), through their
19 respective counsel of record, that, pursuant to Federal Rule of Civil Procedure
20 41(a)(1)(ii), this entire action shall be, and is, dismissed WITHOUT PREJUDICE as
21 to all claims asserted by Plaintiff against Microsoft on an individual basis, and
22 WITHOUT PREJUDICE as to the claims, if any, of putative class members. Each
23 party is to bear its own costs.
24
25 **IT IS SO STIPULATED.**
26
27
28

| | |
|---|---|
| Dated:  April 9, 2012 | **EDELSON MCGUIRE, LLP** |
| | By:  /s/ Sean P. Reis |
| | SEAN P. REIS |
| | Attorneys for Plaintiff<br>MAX SMITH |
| Dated:  April 9, 2012 | **DAVIS WRIGHT TREMAINE LLP** |
| | By:  /s/ Fred B. Burnside |
| | Fred B. Burnside |
| | Attorneys for Defendant<br>Microsoft Corporation |